UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                                        Plaintiffs,<br><br>-against-<br><br>TRI-STATE CONCRETE POLISHING LLC., and PHOENIX FINISHING LLC,<br><br>                                        Defendants. | 23 CV 10906 (JAV)<br><br>**CONSENT JUDGMENT** |

With the consent of all parties, the Court hereby renders judgment as follows:

1.      Judgment is entered in favor of Plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York and against Defendants Tri-State Concrete Polishing LLC. and Phoenix Finishing LLC, jointly and severally in the amount of $734,900.58.

2.      The undersigned parties stipulate to and request entry of this Consent Judgment.

[*Signature page to follow*]

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK | TRI-STATE CONCRETE POLISHING LLC. |

By: _____
Name: David Caraballoso
Title: Trustee
Date: 8/14/2025

By: _____
Name: Michel Ozzu
Title: President
Date: 8/11/25

PHOENIX FINISHING LLC

By: _____
Name: Michel Ozzu
Title: VP
Date: 8/11/25

SO ORDERED:

_____
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE
dated: August 19, 2025